# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IAN GABRIEL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 22-3982** |
| | : | |
| **JOSEPH TERRA, DAVID MASCELLINO, JAMES DAY, MS. OFFICER JOHNSON** | : : : | |

## ORDER

AND NOW, this 6th day of July 2023, upon considering Defendants' Motion to dismiss as a sanction (ECF Doc. No. 39), no response after extensions, Plaintiff's June 1, 2023 Notice (ECF Doc. No. 37) along with his repeated decision to not appear for scheduled depositions, and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 39) is **GRANTED** requiring we **dismiss** this case without prejudice and the Clerk of Court **close** this case.

**KEARNEY, J.**